

1  SUE CAMPBELL                                    **E-filed 3/7/06**
   Attorney at Law, Bar No. 98728
2  1155 North First Street, Suite 101
   San Jose, CA 95112
3  (408) 277-0648

4  Attorney for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  NORTHERN CALIFORNIA-NORTHERN      )   CASE NO.:  C05 00606 JF
    NEVADA SOUND AND COMMUNICATIONS)
11  EMPLOYEE BENEFIT TRUST FUNDS;     )   REQUEST FOR DISMISSAL
    DOUG LUNG AND BOB TRAGNI AS       )   OF DEFENDANT
12  TRUSTEES OF THE NORTHERN          )   BRADLEY J. VAN HOUSEN,
    CALIFORNIA-NORTHERN NEVADA        )   individually and doing business
13  SOUND AND COMMUNICATIONS          )   as SECURITY SOLUTIONS
    DISTRICT NO. 9 HEALTH AND WELFARE )
14  TRUST FUND,                       )   AND ORDER
                                      )
15                    Plaintiffs,     )
                                      )
16  vs.                               )
                                      )
17  BRADLEY J. VAN HOUSEN, individually )
    and doing business as SECURITY SOLUTIONS;)
18  DIAMOND COMMUNICATIONS, INC.,     )
    a California Corporation;         )
19                                    )
                                      )
20                    Defendants.     )

21        Comes now the Plaintiffs NORTHERN CALIFORNIA-NORTHERN NEVADA

22  SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG

23  LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-

24  NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH

25  AND WELFARE TRUST FUND in the above-entitled action and hereby dismisses Defendant

26  BRADLEY J. VAN HOUSEN, individaully and doing business as SECURITY SOLUTIONS

27  ONLY.

28        No answer has been filed in this matter by Defendant BRADLEY J. VAN HOUSEN,

                                    1

1 | individually and doing business as SECURITY SOLUTIONS, and this Defendant only is
2 | dismissed without prejudice. This dismissal specifically does not waive the right of the Trust
3 | Funds to audit the employer for the above time period, or any other time period, and to collect
4 | any additional monies found to be delinquent as a result of an audit through a subsequent legal
5 | action.

6

7 | Dated: August 30, 2005

SUE CAMPBELL
Attorney for Plaintiffs

A CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR FRIDAY, MARCH 24, 2005
AT 10:30 a.m.

3/7/06    IT IS SO ORDERED.

JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT

2

REQUEST FOR DISMISSAL OF DEFENDANT VAN HOUSEN

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF DEFENDANT BRADLEY J. VAN HOUSEN, individaully and doing business as SECURITY SOLUTIONS by placing said copy in an envelope addressed to

BRADLEY J. VAN HOUSEN, individually and doing business as
SECURITY SOLUTIONS
c/o Creative Residential Controls, Inc.
2580 El Camino Real
Atascadero, CA 93422

DIAMOND COMMUNICATIONS, INC.,
a California Corporation
c/o Michael Tarin, Agent for Service
213 East Fourth Street
Madera, CA 93638

which envelope was then sealed and, with postage fully prepaid thereon, was on August 30, 2005, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2005, at San Jose, California.

CHRISTINE DELGADILLO

3